IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAR 24  PM 12: 30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| DILLARD TEXAS, LLC and THE HIGBEE COMPANY, Plaintiffs, | § § § § |
| v. | §   CAUSE NO. 09-CV-218-JRN |
| JPMCC 2002-CIBC4 HIGHLAND RETAIL, LLC, Defendant. | § § § § |

### FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On March 23, 2011, the parties filed a joint stipulation of dismissal with prejudice (Clerk's Dkt. # 64). Under Rule 41 of the Federal Rules of Civil Procedure, the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS ORDERED** that the above-entitled case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FURTHER ORDERED** that all pending motions are **MOOT.**

**IT IS FINALLY ORDERED** that this action is **CLOSED.**

SIGNED this 24th day of March, 2011.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE